VEDDER PRICE (CA), LLP
Robert S. Beiser, Bar No. 0158682, Admitted Pro Hac Vice
rbeiser@vedderprice.com
Alain Villeneuve, Bar No. 06279975, Admitted Pro Hac Vice
avilleneuve@vedderprice.com
Lucky Meinz, Bar No. 261409
lmeinz@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T:  +1 (415) 749 9500
F:  +1 (415) 749 9502

Attorneys for Plaintiff
Michael David LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL DAVID LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>OAK RIDGE WINERY LLC, a California limited liability company,<br><br>            Defendant. | Case No. 2:15-cv-01874-WBS-AC<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE HEARING ON PENDING MOTIONS** |
| OAK RIDGE WINERY LLC, a California limited liability company,<br><br>            Counter-Claimant,<br><br>     v.<br><br>MICHAEL DAVID LLC, a California limited liability company,<br><br>            Counter-Defendant. | |

After full consideration of all the memoranda, supporting declarations, and materials submitted and presented to this Court, and good cause appearing therefore, Plaintiff David Michael LLC's Ex Parte Application to Continue Hearing on Defendant's Motion for Judgment on the Pleadings with Respect to its Sixth Counterclaim and Partial Judgment on the Pleadings with Respect to its Second Counterclaim ("Defendant's Motion"), and Plaintiff's Cross-Motion for Judgment on the Pleadings As Counts I, II, and VI of the Counterclaims and Defendant's Affirmative Defenses III, V, and VI ("Plaintiff's Cross-Motion") is hereby GRANTED.

IT IS HEREBY ORDERED that the hearing on Defendant's Motion and Plaintiff's Cross-Motion shall be continued from March 7, 2016 to **March 21, 2016 at 1:30 p.m.** Plaintiff's reply in support of its Cross-Motion shall be due by March 14, 2016.

IT IS SO ORDERED.

Dated:  March 4, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE