VEDDER PRICE (CA), LLP
Robert S. Beiser, Bar No. 0158682, Admitted Pro Hac Vice
rbeiser@vedderprice.com
Alain Villeneuve, Bar No. 06279975, Admitted Pro Hac Vice
avilleneuve@vedderprice.com
Lucky Meinz, Bar No. 260632
lmeinz@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T:  +1 (415) 749 9500
F:  +1 (415) 749 9502

Attorneys for Plaintiff
Michael David LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL DAVID LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>OAK RIDGE WINERY LLC, a California limited liability company,<br><br>　　　　　Defendant.<br><br>OAK RIDGE WINERY LLC, a California limited liability company,<br><br>　　　　　Counter-Claimant,<br>　　v.<br><br>MICHAEL DAVID LLC, a California limited liability company,<br><br>　　　　　Counter-Defendant. | Case No. 2:15-CV-01874-WBS-AC<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING AND SUSPENDING DISCOVERY<br><br>Hearing Date:　June 22, 2016<br>Time:　　　　10:00 a.m.<br>Courtroom:　　26<br>Judge:　　　　Hon. Allison Claire |

　　The Court has considered Oak Ridge's Winery LLC's Motion to Compel and Michael David LLC's response thereto.

　　Good cause appearing therefor, Michael David's request to continue the hearing scheduled for June 22, 2016 is GRANTED.

///

The Court finds that the record indicates that additional time before a hearing on the merits of Oak Ridge's Motion to Compel is warranted given the on-going discussion between the parties and the progress toward settlement. The hearing on the pending motion is hereby continued until August 3, 2016. If the parties are able to resolve the motion pending before the court, Oak Ridge shall promptly withdraw it motion. If the parties are unable to resolve the motion before the court, the parties shall submit a Joint Statement re Discovery Disagreement pursuant to Local Rule 251(c) no later than July 25, 2016.

IT IS SO ORDERED.

Dated: June 16, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE