UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID LLC, | No. 2:15-CV-01874 WBS AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| OAK RIDGE WINERY LLC, | |
| Defendant. | |

On June 17, 2016, this court entered an Order Continuing Hearing and Suspending Discovery after consideration of defendant's Motion to Compel, which had been calendared for hearing on June 22, 2016, and rescheduled the matter for hearing on August 3, 2016. ECF 38. In that Order, the court directed that should the matter be resolved before the August 3 hearing date, Oak Ridge should promptly withdraw the Motion; absent resolution, the parties were directed to submit a Joint Statement re Discovery disagreement pursuant to Local Rule 251(c) no later than July 25, 2016. Id. Neither action has been taken and the court's calendar has been vacated.

Defendant is hereby Ordered to Show Cause, within fourteen (14) days of this Order, why it should not be sanctioned for failing to take the action ordered on June 17, 2016.

**IT IS SO ORDERED.**

DATED: July 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE