VEDDER PRICE (CA), LLP
Robert S. Beiser, Bar No. 0158682,
Admitted Pro Hac Vice
rbeiser@vedderprice.com
Alain Villeneuve, Bar No. 06279975,
Admitted Pro Hac Vice
avilleneuve@vedderprice.com
Lucky Meinz, Bar No. 260632
lmeinz@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T:  +1 (415) 749 9500
F:  +1 (415) 749 9502

Attorneys for Plaintiff/Counter-Defendant
Michael David LLC

RODARAKIS & SOUSA, APC
ERIC J. SOUSA (SBN 232541)
Email: esousa@rodsoulaw.com
1301 L Street, Suite 4
Modesto, California 95354
Telephone: (209) 554-5232
Facsimile: (209) 544-1085

HARVEY SISKIND LLP
IAN K. BOYD (SBN 191434)
Email: iboyd@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendant/Counter-Plaintiff
OAK RIDGE WINERY, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL DAVID LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>OAK RIDGE WINERY, LLC, a California limited liability company, | Case No. 2:15-CV-01874-WBS-AC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL AND
[PROPOSED] ORDER
[CASE NO. 2:15-CV-01874-WBS-AC]

| | |
|---|---|
| Defendant. | |
| OAK RIDGE WINERY LLC, a California limited liability company, | |
| Counter-Plaintiff, | |
| v. | |
| MICHAEL DAVID LLC, a California limited liability company, | |
| Counter-Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff MICHAEL DAVID LLC and Defendant OAK RIDGE WINERY, LLC, by and through their undersigned Counsel (the "Parties"), that all of the claims in the above-entitled action (including all claims and counterclaims), be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each Party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: August 5, 2016         VEDDER PRICE (CA), LLP
                              Robert S. Beiser
                              Alain Villeneuve
                              Lucky Meinz


                              By: /s/ Alain Villeneuve
                                  Alain Villeneuve

                              Attorneys for Plaintiff/Counter-Defendant
                              MICHAEL DAVID LLC


DATED: August 5, 2016         RODARAKIS & SOUSA, APC
                              Eric J. Sousa

                              HARVEY SISKIND LLP
                              Ian K. Boyd


                              By: /s/ Ian K. Boyd (as authorized on August 5, 2016)
                                  Ian K. Boyd

1    Attorneys for Defendant/Counter-Claimant
     OAK RIDGE WINERY LLC

     IT IS SO ORDERED.

Dated:  August 5, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE